UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ADE BROWN,

        Plaintiff,

v.

UNKNOWN LEWIS et al.,

        Defendants.
_____/

Case No. 1:18-cv-347

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  September 19, 2018        /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge